UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Almengor, et al

                Plaintiffs,

                08-CIVIL-6585 (LAK)

    -against-


Schmidt, et al

                Defendants.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Phineas E. Leahey

☑ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: 4446

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☑ *Law Firm/Government Agency Association*

    From: Davis Polk & Wardwell

    To:   Jones Day

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☑ *Address:* 222 E. 41st Street, New York, N.Y. 10017

☑ *Telephone Number:* (212) 326-7876

☑ *Fax Number:*  (212) 755-7306

☑ *E-Mail Address:*  peleahey@jonesday.com

Date 7/30/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Olivia Almengor, Marissa Schain, Daniel Bogatin,<br><br>*Plaintiffs,*<br><br>- against -<br><br>Benno C. Schmidt, *in his capacity as Chairman of the Board of Trustees of the City University of New York*, Philip Alfonso Berry, Valerie Lancaster Beal, Rita Dimartino, Freida D. Foster-Tolbert, Joseph J. Lhota, Hugi M. Morales, Peter S. Pantaleo, Kathleen M. Pesile, Carol A. Robles Roman, Marc V. Shaw, Charles A. Shorter, Sam A. Sutton, Jeffrey S. Wisenfeld, Robert Ramos, Manfred Philipp, *in their capacities as trustees of the City University of New York,* and Christoph M. Kimmich, *in his capacity as the President of Brooklyn College*,<br><br>*Defendants* | Civ. No. 08-cv-6585<br><br>Hon. Lewis A. Kaplan |

### AFFIRMATION OF SERVICE

I declare under the penalty of perjury that on July 30, 2008, I served a copy of the foregoing CHANGE OF ADDRESS notice on Defendants by causing a copy of the same to be deposited in the U.S. Mail, First Class postage prepaid, addressed as follows:

BOARD OF TRUSTEES OF THE CITY UNIVERSITY OF NEW YORK
535 East 80th Street
New York, N.Y. 10021

- and –

Christoph M. Kimmich
President of Brooklyn College
2900 Bedford Ave.
2129 Boylan Hall
Bklyn, N.Y. 11210


Dated: New York, New York
July 30, 2008

_____
Phineas E. Leahey
*Counsel of Record*

Todd R. Geremia
Phineas E. Leahey
JONES DAY
222 E. 41st Street
New York, N.Y. 10017
(212) 326-3939

*Attorneys for Plaintiffs*