AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Olivia Almengor, et al. (see attached rider for full caption)

V.

Benno C. Schmidt, et al. (see attached rider for full caption)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 6585

TO: (Name and address of Defendant)

Christoph M. Kimmich, in his official capacity as President of Brooklyn College
2900 Bedford Avenue
2129 Boylan Hall
Bklyn, N.Y. 11210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JONES DAY
Phineas E. Leahey, Esq.
222 East 41st Street
New York, N.Y. 10017

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                               JUL 24 2008
CLERK                                            DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Olivia Almengor, Marissa Schain, Daniel Bogatin, <br><br> *Plaintiffs,* <br><br> - against - <br><br> Benno C. Schmidt, *in his capacity as Chairman of the Board of Trustees of the City University of New York*, Philip Alfonso Berry, Valerie Lancaster Beal, Rita Dimartino, Freida D. Foster-Tolbert, Joseph J. Lhota, Hugi M. Morales, Peter S. Pantaleo, Kathleen M. Pesile, Carol A. Robles Roman, Marc V. Shaw, Charles A. Shorter, Sam A. Sutton, Jeffrey S. Wisenfeld, Robert Ramos, Manfred Philipp, *in their capacities as trustees of the City University of New York,* and Christoph M. Kimmich, *in his capacity as the President of Brooklyn College,* <br><br> *Defendants* | Civ. No. <br><br> Hon. <br><br> **Complaint for Declaratory and Injunctive Relief** |

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CIV 6585

Date Filed: _____

Plaintiff:
**OLIVIA ALMENGOR, et al.**
vs.
Defendant:
**BENNO C. SCHMIDT, et al.**

Received by ASK Litigation Support, Inc. to be served on **CHRISTOPH M. KIMMICH, in his official capacity as President of Brooklyn College, 2900 Bedford Ave., 2129 Boylan Hall, Brooklyn, NY 11210.**

I, Brian Henry, being duly sworn, depose and say that on the **28th day of July, 2008** at **11:30 am**, I:

**PERSONALLY** delivered a true copy of the **Summons & Complaint** to Sally Seigrman, Manager, Legal Dep't. accepting on his behalf, who was served in hand at the actual place of business, indicated above.

**Description** of Person Served: Age: 69, Sex: F, Race/Skin Color: Caucasian, Height: 6'0", Weight: 200, Hair: Whitenn, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

Sworn to before me on the 29th day of July, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

SIMON H. KAHN
Notary Public, State of New York
No 01KA5066776
Qualified in New York County
Commission Expires March 11, 2010

Brian Henry
1293822

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2008000453
Ref: 200958-600001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j