AO 440 (Rev. 8/01) Summons in a Civil Action

JUDGE KAPLAN

## UNITED STATES DISTRICT COURT

Southern District of New York

Olivia Almengor, et al. (see attached rider for full caption)

V.

Benno C. Schmidt, et al. (see attached rider for full caption)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 6585

TO: (Name and address of Defendant)

Benno C. Schmidt, et al., in their official capacities as Trustees
BOARD OF TRUSTEES OF THE CITY UNIVERSITY OF NEW YORK
535 EAST 80TH STREET
NEW YORK, NEW YORK 10021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JONES DAY
Phineas E. Leahey, Esq.
222 East 41st Street
New York, N.Y. 10017

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE: JUL 24 2008

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Olivia Almengor, Marissa Schain, Daniel Bogatin,<br><br>    *Plaintiffs*,<br><br>  - against -<br><br>Benno C. Schmidt, *in his capacity as Chairman of the Board of Trustees of the City University of New York*, Philip Alfonso Berry, Valerie Lancaster Beal, Rita Dimartino, Freida D. Foster-Tolbert, Joseph J. Lhota, Hugi M. Morales, Peter S. Pantaleo, Kathleen M. Pesile, Carol A. Robles Roman, Marc V. Shaw, Charles A. Shorter, Sam A. Sutton, Jeffrey S. Wisenfeld, Robert Ramos, Manfred Philipp, *in their capacities as trustees of the City University of New York*, and Christoph M. Kimmich, *in his capacity as the President of Brooklyn College*,<br><br>    *Defendants* | Civ. No.<br><br>Hon.<br><br>**Complaint for Declaratory and Injunctive Relief** |

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CIV 6585

Date Filed: _____

Plaintiff:
**OLIVIA ALMENGOR, et al.**

vs.

Defendant:
**BENNO C. SCHMIDT, et al.**

Received by ASK Litigation Support, Inc. to be served on **BENNO C. SCHMIDT, et al., in their official capacities as Trustees, BOARD OF TRUSTEES OF THE CITY UNIVERSITY OF NEW YORK, 535 EAST 80th St., New York, NY 10021**.

I, Simon Kahn, being duly sworn, depose and say that on the **28th day of July, 2008** at **11:20 am**, I:

Personally delivered a true copy of the **Summons & Complaint** to Adriana Aranda, Legal Ass't, authorized and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served: Age: 27, Sex: F, Race/Skin Color: Caucasian, Height: 5'6", Weight: 125, Hair: Black, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/28/08___
Date

Simon Kahn
0842361

**ASK Litigation Support, Inc.**
**D/B/A Firm Service**
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2008000452
Ref: 200958-600001