UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

| | | |
|---|---|---|
| OLIVIA ALMENGOR, MARISSA SCHAIN, DANIEL BOGATIN, | : | **NOTICE OF APPEARANCE** |
| | : | |
| Plaintiffs, | : | 08 Civ. 6585 (LAK) |
| | : | |
| -against- | : | |
| | : | |
| BENNO C. SCHMIDT, in his capacity as Chairman of the Board of Trustees of the City University of New York, PHILIP ALFONSO BERRY, VALERIE LANCASTER BEAL, RITA DIMARTINO, FREIDA D. FOSTER-TOLBERT, JOSEPH J. LHOTA, HUGI M. MORALES, PETER S. PANTALEO, KATHLEEN M. PESILE, CAROL A. ROBLES ROMAN, MARC V. SHAW, CHARLES A. SHORTER, SAM A. SUTTON, JEFFREY S. WISENFELD, ROBERT RAMOS, MANFRED PHILIPP, in their capacities as Trustees of the City University of New York, and CHRISTOPH M. KIMMICH, in his capacity as President of Brooklyn College, | : : : : : : : : : : : : : : | ***ORIGINAL FILED VIA ECF*** |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that ANDREW M. CUOMO, Attorney General of the State of New York, by Assistant Attorney General Antoinette W. Blanchette, hereby appears as counsel of record for defendants Benno C. Schmidt, Philip Alfonso Berry, Valerie Lancaster Beal, Rita DiMartino, Frieda D. Foster-Tolbert, Joseph J. Lhota, Hugo M. Morales (s/h/a Hugi M. Morales), Peter S. Pantaleo, Kathleen M. Pesile, Carol A. Robles Román, Marc V. Shaw, Charles A. Shorter, Sam A. Sutton, Jeffrey S. Wiesenfeld (s/h/a Jeffrey S. Wisenfeld), Robert Ramos, Manfred Philipp, and Christoph M. Kimmich (collectively, "Defendants") in the above-captioned action, and that from this day forward copies of all notices, pleadings and other papers herein should be served upon the undersigned at the address identified below.

-2-

Dated:  New York, New York
        August 12, 2008

                                        ANDREW M. CUOMO
                                        Attorney General of the State of New York
                                        Attorney for Defendants
                                        By:

                                                /s/
                                        _____
                                        Antoinette W. Blanchette
                                        Assistant Attorney General
                                        120 Broadway
                                        New York, New York 10271
                                        Tel.: (212) 416-8595
                                        Fax: (212) 416-6075
                                        Email: Antoinette.Blanchette@oag.state.ny.us

TO:     Phineas E. Leahey, Esq.
        Jones Day
        Attorneys for Plaintiffs
        222 East 41st Street
        New York, New York 10017