UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OLIVIA ALMENGOR, MARISSA SCHAIN, :
DANIEL BOGATIN, :
                                         Plaintiffs, :

-against-  :

BENNO C. SCHMIDT, in his capacity as Chairman :
of the Board of Trustees of the City University of :
New York, PHILIP ALFONSO BERRY, VALERIE :
LANCASTER BEAL, RITA DIMARTINO, FREIDA :
D. FOSTER-TOLBERT, JOSEPH J. LHOTA, HUGI :
M. MORALES, PETER S. PANTALEO, :
KATHLEEN M. PESILE, CAROL A. ROBLES :
ROMAN, MARC V. SHAW, CHARLES A. :
SHORTER, SAM A. SUTTON, JEFFREY S. :
WISENFELD, ROBERT RAMOS, MANFRED :
PHILIPP, in their capacities as Trustees of the City :
University of New York, and CHRISTOPH M. :
KIMMICH, in his capacity as President of Brooklyn :
College, :
                                         Defendants. :
------------------------------------------------------------X

**NOTICE OF APPEARANCE**

08 Civ. 6585 (LAK)

***ORIGINAL FILED VIA ECF***

**PLEASE TAKE NOTICE** that ANDREW M. CUOMO, Attorney General of the State of New York, by Assistant Attorney General Clement J. Colucci, hereby appears as an attorney of record for defendants Benno C. Schmidt, Philip Alfonso Berry, Valerie Lancaster Beal, Rita DiMartino, Frieda D. Foster-Tolbert, Joseph J. Lhota, Hugo M. Morales (s/h/a Hugi M. Morales), Peter S. Pantaleo, Kathleen M. Pesile, Carol A. Robles Román, Marc V. Shaw, Charles A. Shorter, Sam A. Sutton, Jeffrey S. Wiesenfeld (s/h/a Jeffrey S. Wisenfeld), Robert Ramos, Manfred Philipp, and Christoph M. Kimmich (collectively, "defendants") in the above-captioned action, and that from this day forward copies of all notices, pleadings and other papers herein can be served upon the undersigned at the address identified below.

Dated: New York, New York
August 27, 2008

                    ANDREW M. CUOMO
                    Attorney General of the State of New York
                    Attorney for Defendants
                    By:

                    _____
                    Clement J. Colucci
                    Assistant Attorney General
                    120 Broadway, 24th Fl.
                    New York, New York 10271
                    Tel.: (212) 416-8634
                    Fax: (212) 416-6075
                    Email: Clement.Colucci@oag.state.ny.us

TO:    Phineas E. Leahey, Esq.
        Jones Day
        <u>Attorneys for Plaintiffs</u>
        222 East 41st Street
        New York, New York 10017